**95 So.2d 74**

**NATIONAL TRIM CO., Inc.**

v.

**The TEXAS CO.**

**4 Div. 918.**

Supreme Court of Alabama.

May 9, 1957.

R. Clayton Wiggins, Dothan, for petitioner.

L. A. Farmer, Dothan, opposed.

MERRILL, Justice.

Petition of National Trim Co. for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in National Trim Co., Inc., v. Texas Co., 95 So.2d 73.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

**96 So.2d 447**

**Robert Earl POPE**

v.

**STATE.**

**7 Div. 367.**

Supreme Court of Alabama.

June 27, 1957.

McKay & Livingston, Sylacauga, for petitioner.

John Patterson, Atty. Gen., Bernard F. Sykes and Geo. Young, Asst. Attys. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Robert Earl Pope for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Pope v. State, 96 So.2d 441.

Writ denied.

All the Justices concur except STAKELY, J., not sitting.

**98 So.2d 65**

**Homer RICHARDSON**

v.

**STATE.**

**1 Div. 751.**

Supreme Court of Alabama.

Nov. 7, 1957.

Scott & Porter, Chatom, for petitioner.

John Patterson, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Homer Richardson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Richardson v. State, 98 So.2d 59.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.